IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE MANGO, | ) | Case Number:  8:06CV57 |
| Plaintiff, | ) ) | |
| v. | ) ) | REASSIGNMENT ORDER |
| CREIGHTON UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 7th day of April, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court