IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHELLE MANGO,** | ) | **CASE NO. 8:06CV57** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's unopposed Motion to Continue Plaintiff's Response Time to Defendant's Motion for Summary Judgment (Filing No. 43), requesting an additional seven days to file her response.

IT IS ORDERED:

1. The Plaintiff's Motion to Continue Plaintiff's Response Time to Defendant's Motion for Summary Judgment (Filing No. 43) is granted; and

2. The Plaintiff shall file her response on or before July 2, 2007.

DATED this 25th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge