### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHELLE MANGO,** | ) | **CASE NO. 8:06CV57** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff Michelle Mango's Unopposed Motion to Dismiss with Prejudice (Filing No. 46).

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Dismiss with Prejudice (Filing 46) is granted;

2. All other pending motions are denied as moot;

3. The above-captioned matter is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED this 2nd day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge